**STATE OF LOUISIANA**
**COURT OF APPEAL, FIRST CIRCUIT**

RE: Docket Number: 2023 CA 0983

Debbie Cade Vienne, Cade's Pharmacy, LLC, Kyle Stevens,
Pharmacy Central, LLC, David Osborn, Osborn Enterprises,
LLC, Orlando Palmer, and Parker's Pharmacy and
Pharmplus CBD, LLC

Versus

The State of Louisiana through the Office of the Governor,
Division of Administration, Office of Group Benefits, and
Jay Dardenne, in his official capacity as Louisiana
Commissioner of Administration

19th Judicial District Court
Case No.: 726989
East Baton Rouge Parish

On Application for Rehearing filed on 06/11/2024 by Debbie Cade Vienne, et al.

Rehearing _____ Denied _____

_____
Judge Jewel E. "Duke" Welch, Jr

_____
Judge Elizabeth Wolfe

_____
Judge Katherine Tess Stromberg

Date JUN 2 5 2024

_____
Rodd Naquin, Clerk